UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| v. | **VIOLATIONS:** |
| **JAMI BAILEY,** | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) |
| **Defendant** | **(Possession of Child Pornography)** |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about and between October 1, 2016 and May 25, 2017, in the District of Columbia and elsewhere, the defendant, **JAMI BAILEY**, did knowingly possess 1 or more image or video file, or other matter, which contained any visual depiction that has been mailed, shipped or transported in interstate commerce, by any means including by computer and the internet, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction is of such conduct.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2))

MICHAEL SHERWIN
Acting United States Attorney

*Amy E. Larson*

Amy E. Larson
Assistant United States Attorney,
New York Bar No. 4108221
U.S. Attorney's Office
555 4th Street, N.W., Room 4-842
Washington, D.C. 20530
202-252-7863
Amy.larson2@usdoj.gov